UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE,
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA (UAW),

       Plaintiff,

                                   Case Number 12-cv-10878
v.                                  Hon. George Caram Steeh

AMERICAN AXLE & MANUFACTURING, INC.,

       Defendant.

and

AMERICAN AXLE & MANUFACTURING, INC.,

       Plaintiff,

v.

DONALD MEASEL, et al.,

       Defendants.
_____/

ORDER STAYING DISCOVERY FOR 45 DAYS
AND SCHEDULING STATUS CONFERENCE

       The parties appeared before the court today for a status conference.  The parties reported to the court that the Moving Ahead for Progress in the 21st Century Act (MAP-21) was enacted July 6, 2012.  As additional guidance relating to MAP-21 is to be issued by the Treasury and the Internal Revenue Service in the near future and may assist in

reaching resolution on key issues in this case, discovery is STAYED for 45 days. The parties are to appear for a status conference on October 10, 2012 at 3:30 p.m.

    SO ORDERED.

Dated: August 21, 2012

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 21, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---